JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI DOERING, <br><br> Plaintiff, <br><br> v. <br><br> JUVENAL PEREZ; and DOES 1 to 10, <br><br> Defendants. | Case No. CV 23-3442 PA (BFMx) <br><br> JUDGMENT OF DISMISSAL |

In accordance with the Court's August 17, 2023 Minute Order dismissing this action for lack of prosecution, failure to comply with a Court Order, and failure to timely serve defendant Juvenal Perez under Federal Rule of Civil Procedure 4(m), and the Court's May 24, 2023 Minute Order declining to exercise supplemental jurisdiction over plaintiff Yuri Doering's state law causes of action,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: August 17, 2023